**E-FILED on** 9/13/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTIONE SMITH, | No. C-05-05168 RMW |
| Petitioner, | |
| v. | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| RICHARD KIRKLAND, Warden, | **[Re Docket No. 5]** |
| Respondent. | |

In connection with his petition for a writ of habeas corpus, Antione Smith seeks to proceed *in forma pauperis*. First, the application is incomplete as Smith does not list his last place of employment, even though the application form requests such information. Second, petitioner's trust account statement reveals that for the months preceding the filing of this action, petitioner had an average monthly deposit of $35 into his trust account. This is sufficient to pay the $5.00 habeas filing fee.

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS—No. C-05-05168 RMW
MAG

Accordingly, petitioner's motion to proceed in forma pauperis is denied. Within thirty days of the date this order is filed, petitioner shall pay the $5.00 filing fee. Petitioner shall include with his payment a clear indication that it is for this case number, C 05-05168 RMW.

DATED: 9/13/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Walter K. Pyle			walt@wfkplaw.com

**Counsel for Respondent:**

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     9/13/07                    /s/ MAG
                                  **Chambers of Judge Whyte**