IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTOINE SMITH,** | Case No. C 05-05168 RMW |
| Petitioner, | **ORDER** |
| v. | |
| **RICHARD KIRKLAND, Warden,** | |
| Respondent. | |

    GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 11, 2010 to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: July 2, 2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

Order (C 05-05168 RMW)