**United States District Court**
For the Northern District of California

1

2

3

4                                                                    **E-FILED on**    6/11/12

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

12    ANTOINE SMITH,                              No. C-05-05168 RMW

13                    Petitioner,

14            v.                                   ORDER SUBMITTING MATTER WITHOUT
                                                   TRAVERSE
15    RICHARD KIRKLAND, Warden

16                    Respondent.

17

18

19          Petitioner, a state prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §

20    2254 on December 13, 2005.  On August 11, 2010, respondent filed his answer along with the

21    record of the state court proceedings and a memorandum of points and authorities supporting the

22    answer.  Petitioner was given thirty days within his receipt of the answer to file a traverse with the

23    court.  The docket reflects that no traverse has been filed.  Therefore, the court hereby submits the

24    matter for determination on the papers filed and without a traverse.

25

26

27    DATED:        June 12, 2012                  _Ronald M. Whyte_____

28                                                 RONALD M. WHYTE
                                                   United States District Judge

ORDER SUBMITTING MATTER WITHOUT TRAVERSE—No. C-05-05168 RMW