**E-FILED on** 6/11/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTOINE SMITH, | No. C-05-05168 RMW |
| Petitioner, | |
| v. | JUDGMENT |
| RICHARD KIRKLAND, Warden | |
| Respondent. | |

On June 11, 2012, the court denied petitioner's petition for a writ of habeas corpus. Therefore, it is hereby adjudged that petitioner takes nothing by way of his petition and that judgment be entered in favor of respondent.

DATED: June 11, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-05-05168 RMW